JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERRERA, | Case No. CV 21-4731 PA (MARx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Pursuant to the Court's February 24, 2022 Minute Order granting the Motion for Summary Judgment filed by defendant Ford Motor Company ("Defendant") on the claims asserted in the Complaint filed by plaintiff Edward Herrera ("Plaintiff"), it is HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Defendant shall have judgment in its favor against Plaintiff; and
2. Plaintiff shall take nothing and Defendant is entitled to its costs of suit.

IT IS SO ORDERED.

DATED: February 24, 2022

                                                 Percy Anderson
                                   UNITED STATES DISTRICT JUDGE